# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>v.<br><br>JOSHUA L. BROWN,<br><br>                           Defendant. | Case No. 17-CR-62-JPS<br><br>**ORDER** |

On April 4, 2017, the government filed a three-count Indictment against the defendant charging him possession of a firearm by a felon, possession with intent to distribute controlled substances, and possession of a firearm in furtherance of a drug trafficking offense, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), (c)(1)(A)(i) and 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C). (Docket #1 at 1-3). On June 8, 2017, the government filed a motion for leave to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a). (Docket #23). The Court will grant the government's motion, and all other pending motions in this case will be denied as moot.

Accordingly,

**IT IS ORDERED** that the government's motion to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a) (Docket #23) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Indictment (Docket #1) be and the same is hereby **DISMISSED**; and

**IT IS FURTHER ORDERED** that the defendant's motions to modify the scheduling order (Docket #20) and to modify his conditions of release (Docket #13 and #21) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge